**Order entered July 16, 2014**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-00927-CV

**JASON MICHAEL SPENCER, Appellant**

**V.**

**DEXTRAL CAPITAL, LP, A DELAWARE LIMITED PARTNERSHIP AND DEXTRAL CAPITAL MANAGEMENT FUND, LP, A DELAWARE LIMITED PARTNERSHIP, Appellees**

**On Appeal from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 11-15530**

## ORDER

We **GRANT** appellant's July 15, 2014 unopposed second motion for extension of time to file brief and **ORDER** the brief be filed no later than August 22, 2014. No further extensions will be granted absent exigent circumstances.

/s/　　ELIZABETH LANG-MIERS
　　　　JUSTICE